IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE J. HUNTER,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3968

_____/

Opinion filed September 29, 2017.

An appeal from the Circuit Court for Duval County.
Linda McCallum, Judge.

Willie J. Hunter, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and David Llanes and Jennifer J. Moore, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.